UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XXIII CAPITAL LIMITED,<br><br>                      Plaintiff,<br>     v.<br><br>DECADE, S.A.C., LLC, DECADE, S.A.C. CONTRACTS, LLC, DECADE, S.A.C. I, LLC, DECADE, S.A.C. II, LLC, DECADE, S.A.C. III, LLC, GOODWIN ASSOCIATES MANAGEMENT ENTERPRISES, INC., GOODWIN SPORTS MANAGEMENT, INC., DECADE, S.A.C. EXECUTIVES, LLC, GOTHAM S&E HOLDINGS, LLC, CHRISTOPHER ADEN, DORSEY JAMES, AARON GOODWIN, and ERIC GOODWIN,<br><br>                      Defendants. | Case No. 17-cv-6910 (GHW)<br><br>NOTICE OF MOTION TO WITHDRAW AS COUNSEL |

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, the law firm Genova Burns LLC hereby moves before the Honorable Gregory H. Woods for an Order permitting Genova Burns LLC to withdraw as counsel of record for Defendants Decade, S.A.C., LLC, Decade, S.A.C. Contracts, LLC, Decade, S.A.C. I, LLC, Decade, S.A.C. II, LLC, Decade, S.A.C. III, LLC, Goodwin Associates Management Enterprises, Inc., Goodwin Sports Management Inc., Decade, S.A.C. Executives, LLC, Gotham S&E Holdings, LLC, Christopher Aden, and Dorsey James in the above referenced matter.

Dated: Newark, New Jersey

February 28, 2018

                                            **GENOVA BURNS LLC**
                                            <u>s/ Charles J. Messina, Esq.</u>
                                            Charles J. Messina, Esq.
                                            Kathleen Barnett Einhorn, Esq.
                                            115 Broadway, 15th Floor
                                            New York, New York 10006
                                            (212) 566-7188
                                            keinhorn@genovaburns.com
                                            cmessina@genovaburns.com