USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
XXIII CAPITAL LIMITED, :
:
Plaintiffs, : 1:17-cv-06910-GHW
:
-against- : ORDER
:
DECADE, S.A.C., LLC, DECADE, S.A.C. :
CONTRACTS, LLC, DECADE, S.A.C. I, LLC, :
DECADE, S.A.C. II, LLC, DECADE, S.A.C. III, :
LLC, GOODWIN ASSOCIATES :
MANAGEMENT ENTERPRISES, INC., :
GOODWIN SPORTS MANAGEMENT, INC., :
DECADE, S.A.C. EXECUTIVES, LLC, :
GOTHAN S&E HOLDINGS, LLC, :
CHRISTOPHER ADEN, DORSEY JAMES, :
AARON GOODWIN, and ERIC GOODWIN, :
:
Defendants. :
:
---------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

On February 24, 2021, counsel for Defendants' Trustee filed a status update informing the Court that the bankruptcy trial was scheduled to take place in July 2021. The Court respectfully requests that the Trustee submit a letter updating the Court on the status of the bankruptcy proceedings and any other developments relevant to this action no later than October 25, 2021.

The Clerk of Court is directed to send a copy of this order to Messrs. Aden and James by certified mail and by regular, first-class mail.

SO ORDERED.

Dated: September 20, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge