USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
XXIII CAPITAL LIMITED, :
:
Plaintiff, : 1:17-cv-06910-GHW
:
-against- : ORDER
:
DECADE, S.A.C., LLC, DECADE, S.A.C. :
CONTRACTS, LLC, DECADE, S.A.C. I, LLC, :
DECADE, S.A.C. II, LLC, DECADE, S.A.C. III, :
LLC, GOODWIN ASSOCIATES :
MANAGEMENT ENTERPRISES, INC., :
GOODWIN SPORTS MANAGEMENT, INC., :
DECADE, S.A.C. EXECUTIVES, LLC, :
GOTHAM S&E HOLDINGS, LLC, :
CHRISTOPHER ADEN, DORSEY JAMES, :
AARON GOODWIN, *and* ERIC GOODWIN, :
:
Defendants. :
:
---------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The pre-motion conference scheduled for June 9, 2022 at 3:00 p.m. is adjourned to June 9, 2022 at 4:30 p.m.  Plaintiff and Defendants/Counter-Claimants Aaron Goodwin and Eric Goodwin and Defendants Goodwin Associates Management Enterprises, Inc. and Goodwin Sports Management, Inc. (together, the "Goodwin Defendants") are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions.  Plaintiff and the Goodwin Defendants are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

SO ORDERED.

Dated:  June 6, 2022
        New York, New York

_____
GREGORY H. WOODS
United States District Judge