USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
XXIII CAPITAL LIMITED,                                         :
                                                               :
                                   Plaintiff,                  :    1:17-cv-06910-GHW
                                                               :
                 -against-                                     :    ORDER
                                                               :
DECADE, S.A.C., LLC, DECADE, S.A.C.                            :
CONTRACTS, LLC, DECADE, S.A.C. I, LLC,                         :
DECADE, S.A.C. II, LLC, DECADE, S.A.C. III,                    :
LLC, GOODWIN ASSOCIATES                                        :
MANAGEMENT ENTERPRISES, INC.,                                  :
GOODWIN SPORTS MANAGEMENT, INC.,                               :
DECADE, S.A.C. EXECUTIVES, LLC,                                :
GOTHAM S&E HOLDINGS, LLC,                                      :
CHRISTOPHER ADEN, DORSEY JAMES,                                :
AARON GOODWIN, *and* ERIC GOODWIN,                             :
                                                               :
                                   Defendants.                 :
                                                               :
---------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the hearing held on June 9, 2022, the Court denies the request from Defendants/Counter-Claimants Aaron Goodwin and Eric Goodwin and Defendants Goodwin Associates Management Enterprises, Inc. and Goodwin Sports Management, Inc. (together, the "Goodwin Defendants") for relief from the Court's January 18, 2022 order continuing the stay of this case until July 19, 2022. Dkt. No. 338.

The stay of this action is extended until October 10, 2022. Plaintiff and the Goodwin Defendants are directed to submit, no later than October 3, 2022, a joint letter updating the Court on the status of the mediation of their dispute, the status of the bankruptcy proceedings, and any other developments related to this case. The Court requests that the Trustee submit the letter

requested in the Court's January 18, 2022 order no later than October 3, 2022, rather than July 12, 2022.  Dkt. No. 338.

    SO ORDERED.

Dated:  June 9, 2022
       New York, New York

                                            GREGORY H. WOODS
                                       United States District Judge