```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
XXIII CAPITAL LIMITED,                                           :
                                                                 :
                                        Plaintiff,               :   1:17-cv-06910-GHW
                                                                 :
                   -against-                                     :          ORDER
                                                                 :
DECADE, S.A.C., LLC, DECADE, S.A.C.                              :
CONTRACTS, LLC, DECADE, S.A.C. I, LLC,                           :
DECADE, S.A.C. II, LLC, DECADE, S.A.C. III,                      :
LLC, GOODWIN ASSOCIATES                                          :
MANAGEMENT ENTERPRISES, INC.,                                    :
GOODWIN SPORTS MANAGEMENT, INC.,                                 :
DECADE, S.A.C. EXECUTIVES, LLC,                                  :
GOTHAM S&E HOLDINGS, LLC,                                        :
CHRISTOPHER ADEN, DORSEY JAMES,                                  :
AARON GOODWIN, and ERIC GOODWIN,                                 :
                                                                 :
                                        Defendants.              :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/2022

GREGORY H. WOODS, United States District Judge:

The Court thanks the parties that submitted letters on October 3, 2022 for providing an update with respect to this matter. *See* Dkt. Nos. 349, 350.

The stay of this action is extended until March 10, 2023. The Court respectfully requests that the Trustee submit a letter updating the Court on the status of the bankruptcy proceedings and any other developments relevant to this action no later than March 3, 2023.

Plaintiff and the Goodwin Defendants are directed to submit, no later than March 3, 2023, a joint letter updating the Court on the status of their efforts to resolve the claims between them and any other developments related to this case.

The Clerk of Court is directed to mail a copy of this order to Christopher Aden and Dorsey

James by certified mail and by regular, first-class mail.

    SO ORDERED.

Dated: October 3, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge

2