UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/6/2023
```

------------------------------------------------------------X
:
XXIII CAPITAL LIMITED,                                      :
:
Plaintiff,                  :                    1:17-cv-06910-GHW
:
-against-                              :                    ORDER
:
DECADE, S.A.C., LLC, DECADE, S.A.C.                         :
CONTRACTS, LLC, DECADE, S.A.C. I, LLC,                      :
DECADE, S.A.C. II, LLC, DECADE, S.A.C. III,                 :
LLC, GOODWIN ASSOCIATES                                     :
MANAGEMENT ENTERPRISES, INC.,                               :
GOODWIN SPORTS MANAGEMENT, INC.,                            :
DECADE, S.A.C. EXECUTIVES, LLC,                             :
GOTHAM S&E HOLDINGS, LLC,                                   :
CHRISTOPHER ADEN, DORSEY JAMES,                             :
AARON GOODWIN, *and* ERIC GOODWIN,                          :
:
Defendants. :
:
------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The Court thanks the parties that submitted letters on March 3, 2023, for providing an

update with respect to this matter.  *See* Dkt. Nos. 353, 354.

The stay of this action is extended until September 15, 2023.  The Court respectfully

requests that the Trustee submit a letter updating the Court on the status of the bankruptcy

proceedings and any other developments relevant to this action no later than September 8, 2023.

Plaintiff and the Goodwin Defendants are directed to submit, no later than September 8,

2023, a joint letter updating the Court on the status of their efforts to resolve the claims between

them and any other developments related to this case.

The Clerk of Court is directed to mail a copy of this order to Christopher Aden and Dorsey

James by certified mail and by regular, first-class mail.

     SO ORDERED.

Dated:  March 6, 2023
        New York, New York

                                       GREGORY H. WOODS
                                 United States District Judge