```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
XXIII CAPITAL LIMITED,                                              :
                                                                    :
                                        Plaintiff,                  :     1:17-cv-06910-GHW
                                                                    :
                        -v-                                         :     ORDER
                                                                    :
DECADE, S.A.C., LLC, *et al.*,                                      :
                                                                    :
                                        Defendants.                 :
                                                                    :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

As stated on the record during the telephonic conference held on April 18, 2024, the stay of this case is lifted. Plaintiff XXIII Capital Limited is granted leave to amend the complaint to remove claims asserted against any dismissed parties and give effect to any automatic stay imposed by bankruptcy proceedings in relation to Defendants Christopher Aden and Dorsey James. The deadline for Plaintiff to file its amended complaint is May 20, 2024. The deadline for Defendants Goodwin Associates Management Enterprises, Inc., Goodwin Sports Management Inc., Aaron Goodwin, and Eric Goodwin (the "Goodwin Defendants") to answer the amended complaint, including by asserting new counterclaims as discussed during the April 18 conference, is 14 days after the date of service of the amended complaint.

The Clerk of Court is directed to remove the "stayed" case notation from the docket.

SO ORDERED.

Dated: April 18, 2024
       New York, New York

_____
GREGORY H. WOODS
United States District Judge