**PerkinsCoie**

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T +1.212.262.6900
F +1.212.977.1649
PerkinsCoie.com

June 4, 2024

Keith W. Miller
KeithMiller@perkinscoie.com
D. +1.212.262.6906
F. +1.212.977.1641

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/2024
```

Honorable Gregory H. Woods
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMORANDUM ENDORSED**

Re: *XXIII Cap. Ltd. v. Goodwin Assocs. Mgmt. Enters., Inc.*, et al., No. 1:17-cv-6910-GHW

Dear Judge Woods:

We represent Defendants in the above-referenced matter and write to request an adjournment of the pre-motion conference currently scheduled to take place on June 18, 2024, at 2:00 p.m.

Unfortunately, I will be returning that day from vacation and just noticed that my plane does not land until late in the afternoon. As such, I will not be able to attend on the current date.

I have conferred with Plaintiff's counsel, and they do not oppose an adjournment of the conference. This is the first request for an adjournment by Defendants' counsel.

To assist the Court, I have conferred with plaintiff's counsel, and we kindly propose June 24th or 25th as alternative dates, subject to the Court's convenience.

Thank you for your consideration. I apologize for any inconvenience this may cause and appreciate the Court's accommodation.

Respectfully submitted,

*/s/ Keith W. Miller*
Keith W. Miller

167648034.1
Perkins Coie LLP

> Application granted. Defendants' request to adjourn the conference scheduled for June 18, 2024, Dkt. No. 373, is granted. The pretrial conference and pre-motion conference scheduled for June 18, 2024 is adjourned to June 25, 2024 at 2:00 p.m. The joint letter and proposed case management plan described in the Court's April 18, 2024 order, Dkt. No. 362, are due no later than June 18, 2024. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 373.

SO ORDERD.
Dated: June 5, 2024

_____
GREGORY H. WOODS
United States District Judge