**PerkinsCoie**

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T +1.212.262.6900
F +1.212.977.1649
PerkinsCoie.com

July 9, 2025

Keith Miller
KeithMiller@perkinscoie.com
D. +1.212.262.6906
F. +1.212.977.1641

**VIA ECF**

Honorable Gregory H. Woods
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/2025

**MEMORANDUM ENDORSED**

      Re:    XXIII Capital Limited v. Decade, S.A.C., LLC et al., Case No. 17-cv-06910-GHW

Dear Judge Woods:

      We represent Defendants Aaron Goodwin, Eric Goodwin, Goodwin Associates Management Enterprises, Inc. and Goodwin Sports Management, Inc. ("Defendants") in the above-captioned matter and write jointly with Plaintiff XXIII Capital Limited ("Plaintiff") to request a six-week extension of the deadlines for (i) Defendants to answer the Second Amended Complaint, which is currently set for July 11, 2025, and (ii) the Parties to file the joint proposed case management plan and scheduling order, which is currently set for July 30, 2025. The proposed new dates are August 22, 2025, and September 10, 2025, respectively. This is the fifth request for an adjournment of these deadlines. As previously reported to the Court, the parties agreed to mediate this dispute before a JAMS mediator. *See* Dkt. No. 393. Because the mediation proceedings are ongoing, the Parties respectfully request an adjournment of the current deadlines to facilitate prospective discussions between the Parties to resolve the present dispute. Should the Court wish to schedule a conference call to discuss the situation, the Parties are available at the Court's convenience. We thank the Court for its consideration of this request.

Respectfully submitted,

**PERKINS COIE LLP**

By: */s/ Keith Miller*
Keith W. Miller
Adam R. Mandelsberg
1155 Avenue of the Americas
22nd Floor
New York, NY 10036
Tel: (212) 262-6900
Fax: (212) 977-1649
Keithmiller@perkinscoie.com
Amandelsberg@perkinscoie.com

182626983.2

*Counsel to Aaron Goodwin, Eric Goodwin, Goodwin Associates Management Enterprises, Inc. and Goodwin Sports Management, Inc.*

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: */s/ Patrick E. Fitzmaurice*
Patrick E. Fitzmaurice
Brian L. Beckerman
Stephanie M. Coughlan
31 West 52nd Street
New York, NY 10019
Tel: (212) 858-1000
Fax: (212) 858-1500
patrick.fitzmaurice@pillsburylaw.com
brian.beckerman@pillsburylaw.com
stephanie.coughlan@pillsburylaw.com

*Counsel to XXIII Capital Limited*

Application granted.  The deadline for Defendants Aaron Goodwin, Eric Goodwin, Goodwin Associates Management Enterprises, Inc. and Goodwin Sports Management, Inc. to answer or otherwise respond to the Second Amended Complaint is extended to August 22, 2025.  The initial pretrial conference scheduled for August 6, 2025 is adjourned to September 18, 2025 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's December 23, 2024 order, Dkt. No 390, are due no later than September 11, 2025. The Clerk of Court is instructed to terminate the motion pending at Dkt. No. 400.

SO ORDERED.

Dated:  July 9, 2025
New York, New York
              GREGORY H. WOODS
              United States District Judge

182626983.2