**PerkinsCoie**

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T +1.212.262.6900
F +1.212.977.1649
PerkinsCoie.com

August 21, 2025

Keith Miller
KeithMiller@perkinscoie.com
D. +1.212.262.6906
F. +1.212.977.1641

<u>**VIA ECF**</u>

Honorable Gregory H. Woods
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  8/22/2025

**MEMORANDUM ENDORSED**

Re:  XXIII Capital Limited v. Decade, S.A.C., LLC et al., Case No. 17-cv-06910-GHW

Dear Judge Woods:

We represent Defendants Aaron Goodwin, Eric Goodwin, Goodwin Associates Management Enterprises, Inc. and Goodwin Sports Management, Inc. ("Defendants") in the above-captioned matter and write jointly with Plaintiff XXIII Capital Limited ("Plaintiff") to request an eight-week extension of the deadlines for (i) Defendants to answer the Second Amended Complaint, which is currently set for August 22, 2025, and (ii) the Parties to file the joint proposed case management plan and scheduling order, which is currently set for September 11, 2025. The proposed new dates are October 17, 2025, and November 13, 2025, respectively. This is the sixth request for an adjournment of these deadlines. As previously reported to the Court, the parties agreed to mediate this dispute before a JAMS mediator. *See* Dkt. No. 393. Because the mediation proceedings are ongoing, the Parties respectfully request an adjournment of the current deadlines to facilitate prospective discussions between the Parties to resolve the present dispute. Should the Court wish to schedule a conference call to discuss the situation, the Parties are available at the Court's convenience. We thank the Court for its consideration of this request.

Respectfully submitted,

**PERKINS COIE LLP**

By: */s/ Keith Miller*
Keith W. Miller
Adam R. Mandelsberg
1155 Avenue of the Americas
22nd Floor
New York, NY 10036
Tel: (212) 262-6900
Fax: (212) 977-1649
Keithmiller@perkinscoie.com

Amandelsberg@perkinscoie.com

*Counsel to Aaron Goodwin, Eric Goodwin, Goodwin Associates Management Enterprises, Inc. and Goodwin Sports Management, Inc.*

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: */s/ Patrick E. Fitzmaurice*
Patrick E. Fitzmaurice
Brian L. Beckerman
Stephanie M. Coughlan
31 West 52nd Street
New York, NY 10019
Tel: (212) 858-1000
Fax: (212) 858-1500
patrick.fitzmaurice@pillsburylaw.com
brian.beckerman@pillsburylaw.com
stephanie.coughlan@pillsburylaw.com

*Counsel to XXIII Capital Limited*

---

Application granted. The deadline for Defendants Aaron Goodwin, Eric Goodwin, Goodwin Associates Management Enterprises, Inc. and Goodwin Sports Management, Inc. to answer or otherwise respond to the Second Amended Complaint is extended to October 17, 2025. The initial pretrial conference scheduled for September 18, 2025 is adjourned to December 4, 2025 at 3:00 p.m. The joint status letter and proposed case management plan described in the Court's December 23, 2024 order, Dkt. No 390, are due no later than December 1, 2025. The Clerk of Court is instructed to terminate the motion pending at Dkt. No. 402.

SO ORDERED.

Dated: August 22, 2025
_____
GREGORY H. WOODS
United States District Judge